IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-533-WKW |
| | ) | [WO] |
| JUDGE LARRY K. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On July 16, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 7.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 7) is ADOPTED and that:

(1) Plaintiff's 42 U.S.C. § 1983 claims against Judge Larry K. Anderson are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (iii);

(2) Plaintiff's challenge to the constitutionality of his 2013 convictions and/or 2016 amended sentence imposed upon him by the Circuit Court for Houston County, Alabama, are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly before the court at this time; and

(3) This case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

Final judgment will be entered separately.

DONE this 22nd day of August, 2018.

                                                /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE